UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

****************************************  C.A. NO.

KERBY F. ST. PAUL,

    Plaintiff

v.  **COMPLAINT**

HENLEY ENTERPRISES, INC. d/b/a
VALVOLINE INSTANT OIL CHANGE,

    Defendant
****************************************

1. This court has subject matter jurisdiction of this action pursuant to 29 U.S.C. § 2617.

2. Venue in this court is invoked pursuant to 28 U.S.C. 1391(b)(1), (2) and (3).

3. The plaintiff is a natural person who currently resides in Dorchester, Massachusetts.

4. The defendant, Henley Enterprises, Inc. d/b/a Valvoline Instant Oil Change (Valvoline), is a corporation with a place of business located in Newton, Massachusetts.

5. At all times material hereto, the defendant has operated several establishments in Massachusetts primarily devoted to changing the engine oil for customers' vehicles.

6. Plaintiff was employed by defendant for 2 consecutive years until June 1, 2010 (he also worked a previous period of 1 ½ years for defendant). His most recent position was as an assistant manager.

7. At all times material hereto plaintiff performed his duties with the defendant in an exemplary, competent and more than adequate manner.

8. On or about June 19, 2010 the defendant corporation discharged plaintiff from his position.

9. Plaintiff presently remains fully capable of performing his former duties with Valvoline.

10. Prior to being discharged, plaintiff sought medical leave from defendant pursuant to the Family and Medical Leave Act, 29 U.S.C. 2601 et seq.

11. Defendant violated 29 U.S.C, §§ 2614, 2615 when it discharged plaintiff for having taken such leave.

## Damages

12. As a result of the loss of his employment as alleged above, plaintiff has incurred damages in the nature of lost earnings and benefits.

WHEREFORE, the plaintiff prays for the following relief:

A. That he be awarded damages sufficient to compensate him for his loss of earnings, past and future, and for benefits;

B. That such damages be doubled in accordance with the terms of 29 U.S.C. § 2617;

C. That the defendant be ordered to reinstate plaintiff to his former position without loss of seniority or other benefits;

D. That he be awarded his costs of this action including reasonable attorney's fees; and

E. That this Court award him such other and further relief as it deems just and proper.

## Jury Claim

The plaintiff claims a trial by jury on all of his claims.

Kerby F. St. Paul
By his attorney,

Date: 3-9-11

Paul A. Manoff
47 Winter Street, #4
Boston, MA 02108
(617) 542-4620
BBO# 318220

stpaul\complaint